FILED BY _____ D.C.

05 DEC 22 PM 1: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**THOMAS E. MITCHELL,**

    Plaintiff,

v.                                              Case No.: 02-2509 D

**LESLIE P. BEAVER, et al.,**

    Defendants.

## ORDER

Before the court is Plaintiff's motion to reopen his case based on newly discovered evidence. A judgment was entered in this on July 31, 2002, more than three years ago. Upon review of the total record, the court finds that Plaintiff has not demonstrated cause for reopening his case.

Accordingly, Plaintiff's motion to reopen his case is DENIED.

**IT IS SO ORDERED** this _22_ day of _December_, 2005.

                                              BERNICE BOUIE DONALD
                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12/23/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:02-CV-02509 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Thomas E. Mitchell
TURNEY CENTER IND. PRISON
117645
1499 R.W. Moore Mem Hwy
Only, TN 37140--405

Honorable Bernice Donald
US DISTRICT COURT